| | |
|---|---|
| 1<br>2<br>3<br>4 | LAWRENCE G. BROWN<br>United States Attorney<br>KAREN A. ESCOBAR<br>Assistant U.S. Attorney<br>2500 Tulare Street<br>Fresno, California 93721<br>Telephone: (559) 497-4000 |



**FILED**

AUG 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09MJ00203 SMS |
| Plaintiff, | ) | |
| v. | ) | APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT AND PROPOSED ORDER |
| ROGELIO RAMOS FRAUSTO, | ) | |
| Defendant. | ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceedings.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: August 20, 2009                    Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          United States Attorney

                                    By:   /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

So ordered,

DATED: 8/20/09

                                          _____
                                          SANDRA M. SNYDER
                                          U.S. Magistrate Judge

1